COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ANGELA MEDLIN, YSIDRO RENTERIA, and MOZELLE CARR, | § | No. 08-24-00001-CV |
| | § | Appeal from |
| Appellants/Cross-Appellees, | § | 143rd District Court |
| v. | § | of Loving County, Texas |
| AMBER MARIE KING, JAMES ALAN SPARKS, and HOLLY DIANE JONES, | § | (TC# 22-12-1075) |
| Appellees/Cross-Appellants. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the trial court's judgment should be reversed and remanded in part, and affirmed in part. We reverse the trial court's judgment as to Bradley Mayers and Homer McQueen, and instead find that they were illegally prevented from voting in the November 2022 Justice of the Peace and Loving County and District Clerk elections.

We remand to the trial court to void the November 2022 Loving County and District Clerk election and order a new election for Loving County and District Clerk.

We affirm the trial court's residency determinations as to all 19 voters challenged on appeal, and we affirm the trial court's judgment in all other respects.

We further order that all parties bear their own costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.
Palafox, J., dissenting